# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1944
Lower Tribunal No. F24-19721
_____

**Carlos Llwenlyn Petterson-Grifith,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Carlos J. Martinez, Public Defender, and Amy Weber, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

The State presented sufficient evidence for the jury to find Appellant intended a battery. The evidence reflected Appellant was familiar with firearms and intentionally fired the handgun twice at the tiles near the feet of the victim, which drove tile shards into her legs. Accordingly, we affirm. Pagan v. State, 830 So. 2d 792, 803 (Fla. 2002) ("If, after viewing the evidence in the light most favorable to the State, a rational trier of fact could find the existence of the elements of the crime beyond a reasonable doubt, sufficient evidence exists to sustain a conviction.").

Affirmed.